MARGARET CONNELL, Respondent, *v.* SAMUEL JANKELSON, Appellant, Impleaded with Others.

Reported below, 163 App. Div. 592.
(Submitted November 9, 1914; decided November 17, 1914.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 7, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendants.

The motion was made upon the ground that the Appellate Division had unanimously decided that there

was evidence sufficient to sustain the verdict and that the exceptions were frivolous.

*Henry M. Dater* for motion.

*Hugo Hirsh* opposed.

Motion denied, with ten dollars costs.